**LYLE, J.**

v.

**UCBR**

1446 CD 2016

Commonwealth Court of Pennsylvania.

06/05/2017

Unemployment Compensation Board of Review, B–591216

Affirmed

**GAJEWSKI, J.**

v.

**UCBR**

1936 CD 2016

Commonwealth Court of Pennsylvania.

06/05/2017

Unemployment Compensation Board of Review, B–592970

Affirmed

**FARKAS, S.**

v.

**UCBR**

1910 CD 2016

Commonwealth Court of Pennsylvania.

06/05/2017

Unemployment Compensation Board of Review, B–583884–A

Affirmed

**BUCKS CO. SERVICES**

v.

**PHILA. PARKING AUTH.**

2456 CD 2015

Commonwealth Court of Pennsylvania.

06/06/2017

Philadelphia County Civil Division, 150103206

Affirmed